844 N.E.2d 426 (2006)
218 Ill.2d 540
300 Ill.Dec. 428
In re L.W., a Minor, petitioner
People State of Illinois, respondent,
v.
Oscar H., respondent.
No. 102089.
Supreme Court of Illinois.
March 29, 2006.
In the exercise of this Court's supervisory authority, the Appellate Court, First District, is directed to vacate its judgment in In re L.W., 362 Ill.App.3d 1106, 299 Ill.Dec. 509, 842 N.E.2d 248 (2005), and to reconsider in light of In re Arthur H., 212 Ill.2d 441, 289 Ill.Dec. 238, 819 N.E.2d 734 (2004).